```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


FAVROT & SHANE COMPANIES, ET            CIVIL ACTION
AL.


VERSUS                                  NO: 06-7522


RSUI INDEMNITY COMPANY, ET              SECTION: "J"(5)
AL.
```

**ORDER AND REASONS**

Before the Court is Plaintiff's **Motion to Remand (Rec. Doc. 12)**. RSUI Indemnity Company ("RSUI") opposed this motion, which was set for hearing on December 6, 2006 on the briefs alone. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that for the same reasons set forth by the undersigned in Chieh v. Colony Ins. Co., 2006 WL 3437502 (E.D. La. Nov. 27, 2006) in its discussion of improper joinder of J. Everett Eaves, Inc. ("J. Everett"), and Ron-Del Floor Service, Inc. v. St. Paul Travelers Ins. Co., 2006 WL 3437527 (E.D. La. Nov. 27, 2006) in its discussion of peremption, Plaintiff's motion to remand should be denied and the claims against J. Everett should be dismissed.  Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Rec. Doc. 12)** should be and hereby is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiffs' claims against J. Everett Eaves, Inc. are hereby **DISMISSED.**

1

New Orleans, Louisiana this  8th day of December, 2006.

*[signature]*
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE