UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FAVROT & SHANE COMPANIES, ET AL. | CIVIL ACTION |
| VERSUS | NO: 06-7522 |
| RSUI INDEMNITY COMPANY, ET AL. | SECTION: "J"(5) |

**ORDER AND REASONS**

Before the Court is Plaintiffs' **Motion for Reconsideration and, Alternatively, for Entry of Rule 54(b) Judgment (Rec. Doc. 35)**. Defendant RSUI Indemnity Company ("RSUI") opposed the motion, which was set for hearing on February 14, 2007, without oral argument.

In the motion, Plaintiffs move the Court to reconsider its earlier denial of their motion to remand and its dismissal of the non-diverse defendant J. Everett Eaves. Plaintiffs have referred the Court to a ruling issued by Chief Judge Berrigan in a case that dealt with three of the same Plaintiffs, the same insurance policy, the same policy year, and the same operative facts.

This Court has reviewed the memoranda of the parties, the record, and the applicable law, and concludes that this motion for reconsideration should be granted for the reasons expressed in Chief Judge Berrigan's opinion in case no. 06-9536 (Rec. Doc. 15). Accordingly,

1

**IT IS ORDERED** that Plaintiffs' claims against J. Everett Eaves, Inc. are hereby **REINSTATED.**

**IT IS FURTHER ORDERED** that Plaintiffs' **Motion for Reconsideration and, Alternatively, for Entry of Rule 54(b) Judgment (Rec. Doc. 35)** should be and hereby is **GRANTED** to the extent that this case is hereby **REMANDED** to the 24th Judicial District Court for the Parish of Jefferson, pursuant to 28 U.S.C. § 1447(c).

It IS FURTHER ORDERED that **Motion to Dismiss Due to Peremption and Failure to State a Cause of Action (Rec. Doc. 30)** is hereby **DENIED as moot**.

New Orleans, Louisiana this 14th day of February, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE